62963595

THE STATE OF TEXAS                          D.A LOG NUMBER 2764449
VS                                          CJIS TRACKING NO
**MICHAEL HINES**          SPN XV          BY **KV** DA NO **02765087**
**4107 SOUTH ACRES**       DOB B M 10/23/1990    AGENCY **DAO**
**HOUSTON,TX 77047**       DATE PREPARED **8/10/2021**    O/R NO· **200118**
                                            ARREST DATE **TO BE**

NCIC CODE **1115 22**          RELATED CASES

FELONY CHARGE  **SEXUAL ASSAULT - ADULT**

CAUSE NO:                      *1744307*          COURT ORDERED BAIL. **TO BE SET AT**
HARRIS COUNTY DISTRICT COURT NO.   *228*          **MAGISTRATION**
FIRST SETTING DATE·                               PRIOR CAUSE NO
                                                  CHARGE SEQ NUM

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL HINES,** hereafter styled the Defendant, heretofore on or about **February 23, 2020,** did then and there unlawfully, Intentionally and knowingly cause the penetration of the sexual organ of S. T., hereinafter called the Complainant, by placing the defendant's sexual organ in the sexual organ of the Complainant, without the consent of the Complainant, namely the Complainant had not consented and the Defendant knew the Complainant was unaware that the sexual assault was occurring.

**FILED**
Marilyn Burgess
District Clerk

OCT 2 0 2021

Time _____ Harris County, Texas
By _____

Foreman                          **177th**

Yolanda Williams

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Certified Document Number: 98540353 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 30, 2022

Certified Document Number:        98540353 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**