IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHANITA TERRELL,** | )( Civil Action No.: 4:22-cv-302 |
| | )( (Jury Trial) |
| *Plaintiff*, | )( |
| | )( |
| v. | )( |
| | )( |
| **HARRIS COUNTY, TEXAS, and** | )( |
| **MICHAEL JARELL HINES,** *Individ.*, | )( |
| | )( |
| *Defendants*. | )( |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff files this Certificate of Interested Persons identifying all persons and entities that are financially interested in the outcome of this litigation:

Plaintiff SHANITA TERRELL
c/o Randall Kallinen
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012

Plaintiff's counsel RANDALL L. KALLINEN
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012

Defendant MICHAEL JARELL HINES
1818 Fannin Speedway #1215
Houston, Texas 77045

Defendant HARRIS COUNTY, TEXAS
c/o County Judge of Harris County, Texas
1001 Preston, Suite 911, Houston, Texas 77002

                              Respectfully Submitted,

                              */s/ Randall L. Kallinen*
                              Kallinen Law PLLC
                              Randall L. Kallinen
                              State Bar of Texas No. 00790995
                              Southern District of Texas Bar No.: 19417
                              511 Broadway Street
                              Houston, Texas 77012
                              Telephone:   713/320-3785
                              FAX:             713/893-6737
                              Email:           AttorneyKallinen@aol.com
                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing has been transmitted to the all counsel appearing in this civil action and *pro se* parties on this the 30th day of January 2022 by filing with the ECF System of the United States District Court for the Southern District of Texas.

                              */s/ Randall L. Kallinen*
                              Randall L. Kallinen