| | |
|---|---|
| THE STATE OF TEXAS | 62963595 |
| VS | D.A LOG NUMBER 2764449 |
| MICHAEL HINES | CJIS TRACKING NO |
| 4107 SOUTH ACRES | SPN X✓ |
| HOUSTON, TX 77047 | BY KV DA NO 02765087 |
| | DOB B M 10/23/1990 |
| | AGENCY DAO |
| | DATE PREPARED 8/10/2021 |
| | O/R NO: 200118 |
| | ARREST DATE TO BE |

NCIC CODE 1115 22    RELATED CASES

FELONY CHARGE SEXUAL ASSAULT - ADULT

CAUSE NO: 1744307

HARRIS COUNTY DISTRICT COURT NO. 228

FIRST SETTING DATE:

COURT ORDERED BAIL. **TO BE SET AT MAGISTRATION**
PRIOR CAUSE NO
CHARGE SEQ NUM

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL HINES**, hereafter styled the Defendant, heretofore on or about **February 23, 2020**, did then and there unlawfully, Intentionally and knowingly cause the penetration of the sexual organ of S. T., hereinafter called the Complainant, by placing the defendant's sexual organ in the sexual organ of the Complainant, without the consent of the Complainant, namely the Complainant had not consented and the Defendant knew the Complainant was unaware that the sexual assault was occurring.

FILED
Marilyn Burgess
District Clerk
OCT 20 2021
Time _____
Harris County, Texas
By_____

Foreman     177th

Yolanda Williams

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

Certified Document Number: 98540353 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 30, 2022

Certified Document Number:        98540353 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**