**From:** attorneykallinen@aol.com,
**To:** Stan.Clark@cao.hctx.net, Suzanne.Bradley@cao.hctx.net,
**Cc:** munderwood@underwoodlawoffices.com, cmorales@underwoodlawoffices.com, cunderwood@underwoodlawoffices.com, mmunich@underwoodlawoffices.com, nhall@underwoodlawoffices.com, Christian.Menefee@cao.hctx.net, Michael.Lee@cao.hctx.net, alex@acj.legal,
**Subject:** Re: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County
**Date:** Sun, Feb 13, 2022 9:29 am
**Attachments:**

Stan,

Good morning. Without any agreement Plaintiff will have to approach the Court. *Tennart v. City of Baton Rouge, Civil Action No.: 17-179,* 2017 WL 2798499 *(*M.D. La. 2017)(civil rights case where statute of limitations is approaching is good cause for expedited discovery). As defendant HCSO deputy Hines was working a HCSO approved job in uniform using a HCSO squad car in the crime and Hines has been charged with sexual assault in this matter there would be an IAD report and perhaps an incident report. Furthermore, pursuant to HCSO BWC policy there would be a BWC video from Hines and any other HCSO deputy working at "The Address (the name of the club)":

*8. Employees assigned a BWC shall use the camera at approved law enforcement off-duty employment in compliance with HCSO policies and procedures. Employees will download all evidence recorded during their off-duty employment no later than the next regularly-assigned on-duty shift or when directed by a supervisor. [CALEA Standard 41.3.8 b]*

Also, Hines' previous charge of sexual assault of a minor was, I would assume, investigated by HCSO IAD so we would need the reports of that as well.

Sincerely,
Randall L. Kallinen
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713.320.3785
FAX:         713.893.6737
Email:       attorneykallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.

-----Original Message-----
From: Clark, Stan (CAO) <Stan.Clark@cao.hctx.net>
To: Bradley, Suzanne (CAO) <Suzanne.Bradley@cao.hctx.net>; Randall L. Kallinen <attorneykallinen@aol.com>
Cc: munderwood@underwoodlawoffices.com <munderwood@underwoodlawoffices.com>; cmorales@underwoodlawoffices.com <cmorales@underwoodlawoffices.com>; cunderwood@underwoodlawoffices.com <cunderwood@underwoodlawoffices.com>; mmunich@underwoodlawoffices.com <mmunich@underwoodlawoffices.com>; nhall@underwoodlawoffices.com <nhall@underwoodlawoffices.com>; Menefee, Christian (CAO) <Christian.Menefee@cao.hctx.net>; Lee, Michael (CAO) <Michael.Lee@cao.hctx.net>
Sent: Fri, Feb 11, 2022 11:11 am
Subject: Re: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Randall-

As I said yesterday, we are working on this from our end but I cannot provide you with a time frame on when I can get you what you are requesting as I need time to receive and review the documents myself. My client was served this suit earlier this week and you communicated this request mid-week. That is insufficient time to give you a concrete answer as I and my team have other assignments and deadlines. If you need to file something with the court to preserve your position, that is your prerogative.

-Stan

**From:** Bradley, Suzanne (CAO) <Suzanne.Bradley@cao.hctx.net>
**Sent:** Friday, February 11, 2022 10:46 AM
**To:** Randall L. Kallinen <attorneykallinen@aol.com>; Clark, Stan (CAO) <Stan.Clark@cao.hctx.net>
**Cc:** munderwood@underwoodlawoffices.com <munderwood@underwoodlawoffices.com>; cmorales@underwoodlawoffices.com <cmorales@underwoodlawoffices.com>; cunderwood@underwoodlawoffices.com <cunderwood@underwoodlawoffices.com>; mmunich@underwoodlawoffices.com <mmunich@underwoodlawoffices.com>; nhall@underwoodlawoffices.com <nhall@underwoodlawoffices.com>; Menefee, Christian (CAO) <Christian.Menefee@cao.hctx.net>; Lee, Michael (CAO) <Michael.Lee@cao.hctx.net>
**Subject:** RE: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Randall – Stan is handling this part of the case. I defer to him.

Regards,

*Suzanne Bradley*
*Assistant County Attorney*
E: Suzanne.bradley@cao.hctx.net
P: 713-274-5330

**Office of the Harris County Attorney**



**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
Cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited*

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Friday, February 11, 2022 10:27 AM
**To:** Clark, Stan (CAO) <Stan.Clark@cao.hctx.net>; Bradley, Suzanne (CAO) <Suzanne.Bradley@cao.hctx.net>
**Cc:** munderwood@underwoodlawoffices.com; cmorales@underwoodlawoffices.com; cunderwood@underwoodlawoffices.com; mmunich@underwoodlawoffices.com; nhall@underwoodlawoffices.com; Menefee, Christian (CAO) <Christian.Menefee@cao.hctx.net>; Bradley, Suzanne (CAO) <Suzanne.Bradley@cao.hctx.net>; Lee, Michael (CAO) <Michael.Lee@cao.hctx.net>
**Subject:** Re: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Dear Suzanne/Stan,

Good morning. I have not heard anything since my communication yesterday (see below) regarding expedited discovery regarding the documents we need to not run afoul of the SOL for adding additional defendants. I will have to file a motion shortly to get the discovery unless we can come to some agreement. Also, allow this as additional good faith conference prior to filing said motion.

Sincerely,
Randall L. Kallinen


-----Original Message-----
From: Randall L. Kallinen <attorneykallinen@aol.com>
To: Stan.Clark@cao.hctx.net <Stan.Clark@cao.hctx.net>; suzanne.bradley@cao.hctx.net <suzanne.bradley@cao.hctx.net>
Cc: munderwood@underwoodlawoffices.com <munderwood@underwoodlawoffices.com>; cmorales@underwoodlawoffices.com <cmorales@underwoodlawoffices.com>; cunderwood@underwoodlawoffices.com <cunderwood@underwoodlawoffices.com>; mmunich@underwoodlawoffices.com <mmunich@underwoodlawoffices.com>; nhall@underwoodlawoffices.com <nhall@underwoodlawoffices.com>; Christian.Menefee@cao.hctx.net <Christian.Menefee@cao.hctx.net>; Suzanne.Bradley@cao.hctx.net <Suzanne.Bradley@cao.hctx.net>; Michael.Lee@cao.hctx.net <Michael.Lee@cao.hctx.net>

Sent: Thu, Feb 10, 2022 9:59 am
Subject: Re: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Stan/Suzanne,

Thank you for your rapid response. We did not sue HPD so they are not a party. I am sure there are reports by the HCSO when an deputy is accused and charged with sexual assault especially when he was wearing the uniform and driving the HCSO vehicle that Plaintiff rode in. If another deputy was working of course that name and would appear. All off duty jobs have to be reported to the HCSO and they keep records.

Sincerely,
Randall L. Kallinen



-----Original Message-----
From: Clark, Stan (CAO) <Stan.Clark@cao.hctx.net>
To: Randall L. Kallinen <attorneykallinen@aol.com>
Cc: munderwood@underwoodlawoffices.com <munderwood@underwoodlawoffices.com>; cmorales@underwoodlawoffices.com <cmorales@underwoodlawoffices.com>; cunderwood@underwoodlawoffices.com <cunderwood@underwoodlawoffices.com>; mmunich@underwoodlawoffices.com <mmunich@underwoodlawoffices.com>; nhall@underwoodlawoffices.com <nhall@underwoodlawoffices.com>; Menefee, Christian (CAO) <Christian.Menefee@cao.hctx.net>; Bradley, Suzanne (CAO) <Suzanne.Bradley@cao.hctx.net>; Lee, Michael (CAO) <Michael.Lee@cao.hctx.net>
Sent: Thu, Feb 10, 2022 9:51 am
Subject: Re: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Randall-

I've assigned Suzanne Bradley as lead attorney to represent the County on this matter. We have requested documents from our client but as you can imagine it will take some time for us to receive, review and prepare for dissemination to you and without looking at the breadth of what the HCSO has, I can't commit to you a timeline right now. Furthermore, as this occurred at an off-duty job, it may take time to determine if the second involved person was even an HCSO deputy. Was this information not available via the bar or HPD report, either would likely be a more direct source for this information for who actually worked security that evening?

-Stan

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Thursday, February 10, 2022 7:26 AM
**To:** Clark, Stan (CAO) <Stan.Clark@cao.hctx.net>
**Cc:** munderwood@underwoodlawoffices.com <munderwood@underwoodlawoffices.com>; cmorales@underwoodlawoffices.com <cmorales@underwoodlawoffices.com>; cunderwood@underwoodlawoffices.com <cunderwood@underwoodlawoffices.com>; mmunich@underwoodlawoffices.com <mmunich@underwoodlawoffices.com>; nhall@underwoodlawoffices.com <nhall@underwoodlawoffices.com>; Menefee, Christian (CAO) <Christian.Menefee@cao.hctx.net>; Jennifer.Callan@cao.hctx.ne <Jennifer.Callan@cao.hctx.ne>
**Subject:** Re: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Dear Stan,

I hope you are well. I have emailed Mr. Menefee and Ms. Callan regarding the need for immediate discovery due to the SOL approaching on the attached lawsuit filed against Harris County and served on Harris County. Plaintiff will need expedited discovery to identify any possible other defendants. Plaintiff would need any incident or investigative report, extra job paperwork, any other paperwork, videos, etc. about the events of that night to identify the other HC employee(s) or others working at the place where ex-Harris County deputy Michael Hines (now charged with sexual assault) put Ms. Terrell in his HC squad car. Can this be done without Court intervention? Please let me know today as I will have to file with the Court today unless we have an agreement.

Sincerely,
Randall L. Kallinen
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713.320.3785
FAX:              713.893.6737
Email:           attorneykallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.

-----Original Message-----
From: Callan, Jennifer (CAO) <Jennifer.Callan@cao.hctx.net>
To: Randall L. Kallinen <attorneykallinen@aol.com>

Cc: munderwood@underwoodlawoffices.com <munderwood@underwoodlawoffices.com>; cmorales@underwoodlawoffices.com <cmorales@underwoodlawoffices.com>; cunderwood@underwoodlawoffices.com <cunderwood@underwoodlawoffices.com>; mmunich@underwoodlawoffices.com <mmunich@underwoodlawoffices.com>; nhall@underwoodlawoffices.com <nhall@underwoodlawoffices.com>; Menefee, Christian (CAO) <Christian.Menefee@cao.hctx.net>; Clark, Stan (CAO) <Stan.Clark@cao.hctx.net>
Sent: Thu, Feb 10, 2022 6:50 am
Subject: RE: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Randall:

Good morning. I have forwarded your email to my supervisor, Stan Clark, as I am not assigned to this case.

Best regards,



**Jennifer F. Callan**
Assistant County Attorney
E: jennifer.callan@cao.hctx.net
P: (713) 274-5146
C: (832) 649-1635

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002


**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Wednesday, February 9, 2022 4:05 PM
**To:** Callan, Jennifer (CAO) <Jennifer.Callan@cao.hctx.net>
**Cc:** munderwood@underwoodlawoffices.com; cmorales@underwoodlawoffices.com; cunderwood@underwoodlawoffices.com; mmunich@underwoodlawoffices.com; nhall@underwoodlawoffices.com; Menefee, Christian (CAO) <Christian.Menefee@cao.hctx.net>
**Subject:** Re: Suit Just Served on Harris County-Need Expedited Discovery Terrell v. Harris County

Dear Jennifer,

Good afternoon. I filed the attached lawsuit on Harris County and served Harris County. See attached. Due to the SOL fast approaching Plaintiff will need expedited discovery to identify any possible other defendants. Plaintiff would need any investigative report, extra job paperwork, or other paperwork about the events of that night to identify the other HC employee(s) or others working at the place where ex-deputy Michael Hines put Ms. Terrell in his HC squad car. Can this be done without Court intervention? Please let me know as the SOL fast approaches. I wrote Mr. Menefee this morning but he could be busy. See below.

Sincerely,

Randall L. Kallinen  
Kallinen Law PLLC  
511 Broadway Street  
Houston, Texas 77012  
Telephone:   713.320.3785  
FAX:             713.893.6737  
Email:            [attorneykallinen@aol.com](attorneykallinen@aol.com)

WARNING: Confidential; Attorney/Client Privilege  
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.


-----Original Message-----  
From: Randall L. Kallinen <[attorneykallinen@aol.com](attorneykallinen@aol.com)>  
To: [christian.menefee@cao.hctx.net](christian.menefee@cao.hctx.net) <[christian.menefee@cao.hctx.net](christian.menefee@cao.hctx.net)>  
Cc: [munderwood@underwoodlawoffices.com](munderwood@underwoodlawoffices.com) <[munderwood@underwoodlawoffices.com](munderwood@underwoodlawoffices.com)>; [cmorales@underwoodlawoffices.com](cmorales@underwoodlawoffices.com) <[cmorales@underwoodlawoffices.com](cmorales@underwoodlawoffices.com)>; [cunderwood@underwoodlawoffices.com](cunderwood@underwoodlawoffices.com) <[cunderwood@underwoodlawoffices.com](cunderwood@underwoodlawoffices.com)>; [mmunich@underwoodlawoffices.com](mmunich@underwoodlawoffices.com) <[mmunich@underwoodlawoffices.com](mmunich@underwoodlawoffices.com)>; [nhall@underwoodlawoffices.com](nhall@underwoodlawoffices.com) <[nhall@underwoodlawoffices.com](nhall@underwoodlawoffices.com)>  
Sent: Wed, Feb 9, 2022 11:55 am  
Subject: Suit Just Served on Harris County-Need Expedited Discovery

Dear Mr. Menefee,

I hope your day is going well. My client Shanita Terrell just filed a lawsuit and served Harris County. See attached. Due to the SOL fast approaching Plaintiff will need expedited discovery to identify any possible other defendants. Plaintiff would need any investigative report, extra job paperwork, or other paperwork about the events of that night to identify the other HC employee(s) or others working at the place where ex-deputy Michael Hines put Ms. Terrell in his HC squad car. Can this be done without Court intervention? Please let me know as the SOL fast approaches.

Sincerely,  
Randall L. Kallinen  
Kallinen Law PLLC  
511 Broadway Street  
Houston, Texas 77012  
Telephone:   713.320.3785

FAX:            713.893.6737
Email:          [attorneykallinen@aol.com](attorneykallinen@aol.com)

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.