UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANITA TERRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-302 |
| | § | |
| HARRIS COUNTY, TEXAS and | § | |
| MICHAEL JAREEL HINES, Individ., | § | |
| Defendants. | § | |

# DEFENDANT'S NOTICE OF APPEARANCE AND WITHDRAWL OF ATTORNEY OF RECORD

Please take notice that Suzanne Bradley hereby enters her appearance of attorney of record for Defendant Mark Cannon and hereby withdraws her appearance as attorney of record for Sheriff Ed Gonzalez and Harris County.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, please direct and serve all further notices and copies of pleadings, papers, and other material relevant to this action to:

**SUZANNE BRADLEY**
Assistant County Attorney
Federal ID No. 24567
State Bar No. 00793375
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5330

1

suzanne.bradley@cao.hctx.net

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */S/ Suzanne Bradley* |
| OF COUNSEL: | **SUZANNE BRADLEY** |
|  | Assistant County Attorney |
| CHRISTIAN D. MENEFEE | Federal ID No. 24567 |
| HARRIS COUNTY ATTORNEY | State Bar No. 00793375 |
| TEXAS BAR NO. 24088049 | 1019 Congress, 15th Floor |
|  | Houston, Texas 77002 |
|  | Telephone: (713) 274-5330 |
|  | suzanne.bradley@cao.hctx.net |
|  | **ATTORNEY FOR DEFENDANT MARK CANNON** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 7, 2022, the named Plaintiffs shall be served with a copy of the foregoing as set forth in the Notice of Appearance and pursuant to the Federal Rules of Civil Procedure.

*/S/ Suzanne Bradley*
**SUZANNE BRADLEY**