IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANITA TERRELL, § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-22-302 |
| HARRIS COUNTY, et al., § | |
| Defendants. § | |

## ORDER

Shanita Terrell has filed an unopposed motion for extension of time to respond to the defendants' motions to dismiss. (Docket Entry No. 41). The motion for extension of time, (Docket Entry No. 41), is granted. Terrell must file a response no later than **August 19, 2022**. The initial conference is reset for **September 9, 2022**, at 10:50 a.m. C.D.T. by video. A zoom link will be separately sent.

SIGNED on August 1, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge