IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHANITA TERRELL,** | )( Civil Action No. 4:22-cv-302 |
| | )( (Jury Trial) |
| *Plaintiff*, | )( |
| | )( |
| v. | )( |
| | )( |
| **HARRIS COUNTY, TEXAS, and** | )( |
| **MICHAEL JARELL HINES,** *Individ.*, | )( |
| | )( |
| *Defendants*. | )( |

## PLAINTIFF'S NOTICE OF APPEAL

**TO THE HONORABLE LEE H. ROSENTHAL:**

**NOW COMES** Plaintiff Shanita Terrell and files notice of appeal to the United States Fifth Circuit Court of Appeals from the United States District Court for the Southern District of Texas, Houston Division, appealing judgments and orders including:

1). The Order of Dismissal (Doc. 53) entered May 15, 2023.

2). The Memorandum and Order (Doc. 47) entered September 6, 2022.

3). The memorandum and Opinion (Doc. 32) entered May 11, 2022.

4). all other orders in the case, if any, including those denied by mooting at final judgment.

The May 15, 2023, Order of Dismissal disposed of all claims and constituted a final judgment making all orders subject to appeal.

Respectfully Submitted

*/s/ Randall L. Kallinen*
Randall L. Kallinen
KALLINEN LAW PLLC
U.S. So. Dist. of Texas Bar No.19417
State Bar of Texas No. 00790995
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
E-mail: AttorneyKallinen@aol.com

Alexander C. Johnson
KALLINEN LAW PLLC
State Bar of Texas No. 24123583
U.S. So. Dist. of Texas Bar No. 3679181
511 Broadway Street
Houston, Texas 77012
Telephone: 573/340-3316
FAX: 713/893-6737
Email: alex@acj.legal

Mark Forest Underwood
UNDERWOOD LAW OFFICE INC.
2530 West White Avenue
McKinney, TX 75071
Telephone: 972/535-6377
Email:munderwood@underwoodlawoffices.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all counsel appearing in this cause and pro se parties, if any, on this the 13th Day of June 2022, by filing with the ECF System of the United States District Court for the Southern District of Texas.

                                        */s/ Randall L. Kallinen*
                                        Randall L. Kallinen

*Notice of Appeal*